SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -7 P 4: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 00519 PVT |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. §13 – |
| | ) assimilating California Penal Code § |
| v. | ) 12031(a)(1) - Carrying a Loaded Firearm in |
| | ) a Vehicle |
| ERIC B. LISKER, | ) |
| | ) |
| Defendant. | ) |
| | ) SAN JOSE VENUE |
| | ) |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13 – assimilating California Penal Code § 12031(a)(1) - Carrying a Loaded Firearm in a Vehicle)

On or about March 31, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

ERIC B. LISKER,

did unlawfully carry a loaded firearm in a vehicle while in a public place and on a street in a

INFORMATION

1  prohibited area of unincorporated territory to wit, Fort Hunter Liggett, in the County of
2  Monterey, in violation of Title 18, United States Code, Section 13, assimilating California
3  Penal Code § 12301(a)(1), a class A misdemeanor.

DATED: 8/7/2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
SAUSA Nelson

INFORMATION                                    2

CR 07 00519 PVT

FILED

2007 AUG -6 P 4:01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

| AO 257 (Rev. 9/92) | | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

**OFFENSE CHARGED**
(See attached sheet.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: (See attached sheet.)

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**DEFENDANT -- U.S. vs.**
Eric B. Lisker

Address: 32005 Corte El Dorado
Temecula, CA 92592

Birth Date: 1/18/1980   ☑ Male   ☐ Alien
☐ Female   (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. / Day / Year

DATE OF ARREST
Or . . . if Arresting Agency & Warrant were not Federal
Mo. / Day / Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for Arraignment

To appear before Magistrate Patricia V. Trumbull at the U.S. District court 1000 Main St., Salinas CA on December 3, 2007.

## ATTACHMENT TO PENALTY SHEET
### U.S. v. Lisker

**COUNT ONE:** 18 U.S.C. Section 13, assimilating California Penal Code Section 12031(a)(1) – Carrying a loaded firearm in a vehicle while in any public place or on any public street in an incorporated city or in any public place or on any public street in a prohibited area of unincorporated territory

        Penalties:    Mandatory Minimum: N/A
                            Maximum Penalties:
                                  1 year imprisonment
                                  $1000.00 fine