JAMES H. NEWHOUSE (SBN 38376)
Attorney at Law
460 Alma Street, Suite 100
Monterey, CA 93940
831.655.2000
831.649.1384/Fax

Attorney for Defendant

**FILED**
DEC - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

ERIC LISKER,

    Defendant.
_____/

CASE NO. CR-07-00519 PUT
CHANGE OF PLEA OF GUILTY
(Attorney Without Defendant
Present) INFRACTION

COMES NOW, Eric Lisker, defendant in the above-entitled action, and in support of his motion to change his plea(s) to be made in Open court by and through his attorney, does declare:

1. That his attorney in the above-entitled criminal action is James H. Newhouse.

2. That he authorizes his attorney, whose name is indicated above, to enter his plea on his behalf in open court.

US v. Risker
CR 07 00519 PUT

1

3.  The he is charged in Complaint No. CR 07 00519 PUT with having violated Title 18 U.S.C. 13 assimilating 12031(a)(1).    [GR]

4.  That he desires to change his plea(s) and desires to plead guilty to Title 18-13 assimilating 415 P.C. (infraction disturbing the peace).    [GR]

5.  That he waives his right to appear in court.    [GR]

6.  That he understands that he has the right to remain silent and not incriminate himself/herself, that by pleading Guilty or No Contest, he is incriminating himself/herself and he gives up his right to remain silent.    [GR]

7.  That he is now at the time this form was prepared, in possession of all of his faculties and has not consumed any drug, narcotic, or alcoholic beverage in the 24-hour period preceding the entry of this plea to the extent that his sound judgment is impaired.    [GR]

8.  The he does understand the nature of the charge(s) against him.    [GR]

9.  That he has discussed the nature of the charge(s) against him.    [GR]

10. The he violated the aforementioned Code Section(s) by failing to unload his hunting rifle clip in an automobile.    [GR]

11. That he has been advised of the following constitutional rights by the Court:

    (a)  The right to be tried by a jury.    [GR]

    (b)  The right to confront and to cross-examine all of the witnesses against him.    [GR]

    (c)  The right at the trial to present evidence in his favor and    [GR]

JAMES H. NEWHOUSE
ATTORNEY AT LAW
460 ALMA STREET
MONTEREY, CALIFORNIA 93940
TELEPHONE (831) 655-2000
FAX (831) 649-1384

either to testify for himself/herself or, if he wished, he may remain silent.

(d) The right to a speedy and public trial. [in.]

(e) The right to have witnesses subpoenaed to testify in his behalf and to obtain all evidence which may exonerate the Defendant. [in.]

(f) The right to have a qualified lawyer defend him at all stages of the proceedings; that said attorney may be Defendant's choice or shall be court appointed if the Defendant is unable to afford counsel. [in.]

12. That he does, except for his right to be represented by an attorney, knowingly and intelligently waive each and every one of those rights as set forth in Item 11 above, including: [in.]

(a) The right to be tried by a jury. [in.]

(b) The right to confront and to cross-examine all witnesses against him. [in.]

(c) The right against self-incrimination. [in.]

13. That his decision to change his plea(s) has been made freely and voluntarily, without threat of fear of him or anyone closely related to or associated with him. [in.]

14. That his attorney has explained the possible sentence(s) and Defendant understands the maximum punishment of the plea of guilty to be a fine up to $400. [in.]

JAMES H. NEWHOUSE
ATTORNEY AT LAW
460 ALMA STREET
MONTEREY, CALIFORNIA 93940
TELEPHONE (831) 655-2000
FAX (831) 649-1384

15. That he has not been induced to plead guilty by any promise or representation of a lesser sentence, probation, reward, immunity or anything else. [GL]

16. That he does understand that the matter of probation and sentence is to be determined solely by the Court; and [GL]

17. That he is pleading guilty because in truth and fact he is, and for no other reason. [GL]

18. Defendant has read, discussed and has had explained to him by his attorney each of the above-items, and understands the same. Defendant has initialed each item as proof thereof. [GL]

Dated 11/25_____, 2007, at Monterey, CA.

_____
Defendant

James H. Newhouse, states that he is the attorney for Defendant in the above-entitled criminal action; that he has personally read, discussed and explained the contents of the above-declaration of the Defendant and each item thereof; that Defendant's constitutional rights have not been violated; that no meritorious defense exists to the charge(s) to which Defendant is pleading no contest; that he personally observed the Defendant fill in and initial each item or read and initialed each item, acknowledging explanation of the contents of each item; that he observed Defendant's withdrawal of his plea(s) of not guilty; that he concurs in the Defendant's plea of ~~not~~ Guilty ~~contest~~ to the charge as set forth by the Defendant in the above-declaration.

Dated this 3 day of DEC. 07, at Monterey, CA.

JAMES H. NEWHOUSE
ATTORNEY AT LAW
460 ALMA STREET
MONTEREY, CALIFORNIA 93940
TELEPHONE (831) 655-2000
FAX (831) 649-1384

/s/ James H. Newhouse
James H. Newhouse, Esq.

JAMES H. NEWHOUSE
ATTORNEY AT LAW
460 ALMA STREET
MONTEREY, CALIFORNIA 93940
TELEPHONE (831) 655-2000
FAX (831) 649-1384

US v. Risker
CR 07 00519 PUT

5

The United States, plaintiff in the above-entitled action, by and through his attorney, concurs in the Defendant's withdrawal of his plea(s) of not guilty and in the Defendant's plea(s) of guilty to the charge(s) set forth by the Defendant in the above-declaration.

Dated: 3 Dec , 2007

_____
US Attorney

## ORDER

Defendant, by and through his attorney, having in Open Court moved to with his plea(s) of ~~not~~ guilty as heretofore entered and the United States, by and through its attorney, having concurred in said motion;

IT IS HEREBY ORDERED, that said motion be and the same is hereby granted.

Dated: _____, 2007

_____
Federal Magistrate

JAMES H. NEWHOUSE
ATTORNEY AT LAW
460 ALMA STREET
MONTEREY, CALIFORNIA 93940
TELEPHONE (831) 655-2000
FAX (831) 649-1384

US v. Risker
CR 07 00519 PUT

6